```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 19614
    MICHAEL J MASON
    KIMBERLY R MASON                     CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-4010    SSN XXX-XX-9285

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 10/23/2007 and was confirmed 01/02/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   3.00%.

      The case was dismissed after confirmation 12/18/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
CITI RESIDENTIAL LENDING CURRENT MORTG        .00           .00          .00
CITI RESIDENTIAL LENDING MORTGAGE ARRE        .00           .00          .00
AMERICAN GENERAL FINANCE SECURED VEHIC    8350.00        466.84      2683.09
AMERICAN GENERAL FINANCE UNSECURED        7176.46           .00          .00
AMC MORTGAGE             NOTICE ONLY    NOT FILED           .00          .00
AMERICREDIT              UNSECURED       11569.26           .00          .00
VILLAGE OF BRIDGEVIEW    UNSECURED         325.00           .00          .00
CITY OF CHICAGO PARKING  UNSECURED         400.00           .00          .00
CITY OF CHICAGO          NOTICE ONLY    NOT FILED           .00          .00
RMI/MCSI                 UNSECURED         250.00           .00          .00
ILLINOIS SECRETARY OF ST NOTICE ONLY    NOT FILED           .00          .00
ILLINOIS SECRETARY OF ST NOTICE ONLY    NOT FILED           .00          .00
ILLINOIS SECRETARY OF ST NOTICE ONLY    NOT FILED           .00          .00
AFFORDABLE FURNITURE     NOTICE ONLY    NOT FILED           .00          .00
AMERICAN GENERAL FINANCE NOTICE ONLY    NOT FILED           .00          .00
AMERICAS SERVICING COMPA NOTICE ONLY    NOT FILED           .00          .00
AMERICREDIT FINANCIAL SV NOTICE ONLY    NOT FILED           .00          .00
BANK ONE                 UNSECURED      NOT FILED           .00          .00
BANK ONE NATIONAL PLAZA  NOTICE ONLY    NOT FILED           .00          .00
CAPITAL ONE              NOTICE ONLY    NOT FILED           .00          .00
ECAST SETTLEMENT         UNSECURED        1614.13           .00          .00
CITIBANK USA             UNSECURED      NOT FILED           .00          .00
EVERGREEN MEDICAL SPECIA UNSECURED      NOT FILED           .00          .00
PEOPLES GAS LIGHT & COKE UNSECURED      NOT FILED           .00          .00
SPRINT                   UNSECURED      NOT FILED           .00          .00
VILLAGE OF UNIVERSITY PA UNSECURED      NOT FILED           .00          .00
CHICAGO TRANSIT AUTHORIT UNSECURED        8671.62           .00          .00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY     3,374.00                    1,689.97
TOM VAUGHN               TRUSTEE                                       395.32
DEBTOR REFUND            REFUND                                           .00

       Summary of Receipts and Disbursements:
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 19614 MICHAEL J MASON & KIMBERLY R MASON

```
-----------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 5,235.22

PRIORITY                                            .00
SECURED                                        2,683.09
    INTEREST                                     466.84
UNSECURED                                           .00
ADMINISTRATIVE                                 1,689.97
TRUSTEE COMPENSATION                             395.32
DEBTOR REFUND                                       .00
                       ---------------    ---------------
TOTALS                  5,235.22               5,235.22
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 03/05/09             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE



                         PAGE   2
      CASE NO. 07 B 19614 MICHAEL J MASON & KIMBERLY R MASON